UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Daniel Villalpando,

        Plaintiff,

  v.

Exel Direct Inc., et al.

        Defendants.

Case No.: 3:12-cv-04137-JCS

**Order to File Declaration of Renee Albarano**

In their Notice of Removal, Defendants cited the Declaration of Renee Albarano, which was purportedly attached as Exhibit B. Defendants failed to attach the declaration, however. As statements in the Declaration of Renee Albarano are at issue in the Motion to Remand that is currently pending before this Court, Defendants are requested to file that declaration no later than 5 p.m., October 19, 2012.

Dated: October 18, 2012

_____
Joseph C. Spero
United States Magistrate Judge