

2 North Lake Avenue
Suite 460
Pasadena, CA  91101

*The full service transportation law firm*

www.scopelitis.com

Main (626) 795-4700
Fax (626) 795-4790

**CHRISTOPHER C. McNATT, JR.**
cmcnatt@scopelitis.com

November 2, 2012

<u>Via E-Filing</u>

Honorable Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue, Courtroom G - 15th Floor
San Francisco, California 94102

Re:   Daniel Villalpando v. Exel Direct, Inc., et al.
      USDC Case No. C 12-04137 JCS

Dear Judge Spero:

The undersigned and James H. Hanson are counsel for the defendants in the captioned matter and we request that we be allowed to participate by telephone in the Case Management Conference set for November 9, 2012 at 1:30 p.m. in this matter.  We will be available at the following numbers:

   Christopher C. McNatt, Jr. – (626) 345-5020
   James H. Hanson – (317) 637-1777

Thank you for your consideration of this request.

IT IS HEREBY ORDERED THAT Counsel shall be on phone standby beginning at 1:30 PM and await the Court's call.
Dated: 11/5/12

Very truly yours,

*/s/ Christopher C. McNatt, Jr.*

Christopher C. McNatt, Jr.

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero]

**Indianapolis ▪ Chicago ▪ Washington, D.C. ▪ Los Angeles ▪ Chattanooga ▪ Detroit ▪ Spokane ▪ Dallas/Fort Worth**

SERVICES OUTSIDE CALIFORNIA AND MICHIGAN PROVIDED BY SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, PROFESSIONAL CORPORATION
SERVICES IN MICHIGAN PROVIDED BY SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, PROFESSIONAL LIMITED LIABILITY COMPANY
SERVICES IN CALIFORNIA PROVIDED BY SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LIMITED LIABILITY PARTNERSHIP

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2012 a copy of the foregoing was filed electronically. Notice of this filing will be sent to Clint J. Brayton and Todd Michael Schneider, Schneider Wallace Cottrell Brayton, at cbrayton@schneiderwallace.com and tschneider@schneiderwallace.com by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

　　　　　　　　　　　　　　　　　　　　*/S/ Christopher C. McNatt, Jr.*
　　　　　　　　　　　　　　　　　　　　　　Christopher C. McNatt, Jr.