*JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VILLALPANDO, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>vs.<br><br>EXEL DIRECT INC., DEUTSCHE POST DHL, DHL EXPRESS (USA), INC., and DOES 1 to 50,<br><br>Defendant(s). | Case Number: 12-cv-04137-JCS<br><br>Case Number: 13-cv-03091-JCS<br><br>JOINT CASE MANAGEMENT STATEMENT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER |

The related *Villalpando v. Exel Direct Inc.*, No. 3:12-cv-04137-JCS, and *Shekur v. Exel Direct Inc.*, No. 4:13-cv-03091-JCS cases are putative class actions alleging violations of California wage and hour laws arising out of Defendants' classification of delivery drivers as independent contractors. On April 8, 2013, the Court scheduled a case management conference for August 23, 2013, in *Villalpando*, to allow the parties an opportunity to have a mediation before Mark Rudy before establishing a revised case management schedule. ECF No. 43. On August 8, 2013, the Court granted the parties' unopposed request to have the later-filed case of *Shekur*, designated as related to *Villalpando,* and reassigned to this Court. ECF No. 49. On August 13, 2013, the parties and counsel in both *Villalpando* and *Shekur* appeared for a mediation with Mark Rudy. The parties made progress, but did not resolve the matter at the mediation. With the assistance of Mr. Rudy, the parties agreed to continue their negotiations over a two-week period to determine if the case might be resolved before resuming formal

*Form updated January 2012*

litigation. Accordingly, to avoid the possibility of expending resources of the Court and the parties in planning a litigation schedule before the parties determine whether a settlement at this stage is possible, the parties respectfully request that the Court grant a short continuance of the case management conference for two weeks or a date shortly thereafter that is convenient to the Court.

DATED: August 20, 2013  /s/ Andrew J. Butcher
Andrew J. Butcher
Scopelitis, Gavin, Light, Hanson & Feary
1850 M Street N.W., Suite 280
Washington, DC 20036-5804
Tel.: (202) 551-9018
Fax: (202) 783-9230
abutcher@scopelitis.com
Attorneys for Defendants

DATED: August 20, 2013  /s/ Linh T. Hua
Linh T. Hua
Spiro Moore LLP
11377 W Olympic Blvd 5th Floor
Los Angeles, CA 90064
(310) 235-2468
Linh@spiromoore.com
Attorneys for Plaintiff, Tafiti Shekur

DATED: August 20, 2013  /s/ Joshua G. Konecky
Joshua G. Konecky
Schneider Wallace Cottrell Konecky LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
(415) 421-7100
jkonecky@schneiderwallace.com
Attorneys for Plaintiff, Daniel Villalpando

*Form updated January 2012*

CASE MANAGEMENT ORDER

Good cause shown, the Court hereby continues the Case Management Conference currently scheduled for August 23, 2013 at 1:30 p.m., to  September 13,  , 2013 at  1:30  [~~a.m.~~][p.m.].  A joint case management conference statement shall be filed by  September 6  , 2013.

IT IS SO ORDERED.

Dated:   8/21/13

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

4825-5097-3717, v.  2

*Form updated January 2012*