1      Pursuant to the Joint Motion to Consolidate Related Cases and for good cause shown,

2  *Villalpando v. Exel Direct Inc.*, Case No. 3:12-cv-04137-JCS and *Shekur v. Exel Direct Inc.*, Case

3  No. 4:13-cv-03091-JCS cases are consolidated for all purposes.

4

    IT IS SO ORDERED
5

6     8/28/13

7  Date                               Hon. Joseph C. Spero
                                  United States Magistrate Judge
8

9  4839-9526-3509, v. 2

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order Consolidating Cases,
Case Nos. 3:12-CV-04137-JCS, 4:13-CV-03091-JCS

1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

9
10

DANIEL VILLALPANDO, individually and on
behalf of all others similarly situated,

11                             )        CASE NO. 3:12-CV-04137-JCS
                Plaintiffs,    )
12                             )        CASE NO. 4:13-CV-03091-JCS
        vs.                    )
13                             )
      EXEL DIRECT INC., DEUTSCHE POST DHL,  )   [PROPOSED] ORDER
14    DHL EXPRESS (USA), INC., and          )   CONSOLIDATING CASES
      DOES 1 to 50,            )
15                             )
                Defendants.    )
16                             )
17
18
19
20
21
22
23
24
25
26
27
28