

1850 M Street, N.W.
Suite 280
Washington, D.C. 20036

*The full service transportation law firm*

www.scopelitis.com

Main (202) 551-9030
Fax (202) 783-9230

**ANDREW J. BUTCHER**
abutcher@scopelitis.com

September 6, 2013

<u>Via E-Filing</u>

Honorable Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue, Courtroom G - 15th Floor
San Francisco, California 94102

Re:   <u>Daniel Villalpando and Tafiti Shekur, et al. v. Exel Direct Inc., et al.
      USDC Case No. C 12-04137 JCS</u>

Dear Judge Spero:

The undersigned is counsel for the defendants in the captioned matter and requests permission to participate by telephone in the Case Management Conference set for September 13, 2013 at 3:00 p.m. in this matter. I will be available at 202-551-9018 for the call.

Thank you for your consideration of this request.

Very truly yours,

/s/ *Andrew J. Butcher*

Andrew J. Butcher

IT IS HEREBY ORDERED THAT Mr. Butcher shall be on phone standby beginning at 1:30 PM and await the Court's call.
Dated: 9/10/13



**Indianapolis ▪ Chicago ▪ Washington, D.C. ▪ Los Angeles ▪ Chattanooga ▪ Detroit ▪ Spokane ▪ Dallas/Fort Worth**

SERVICES OUTSIDE CALIFORNIA AND MICHIGAN PROVIDED BY SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, PROFESSIONAL CORPORATION
SERVICES IN MICHIGAN PROVIDED BY SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, PROFESSIONAL LIMITED LIABILITY COMPANY
SERVICES IN CALIFORNIA PROVIDED BY SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LIMITED LIABILITY PARTNERSHIP

**CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2013 a copy of the foregoing was electronically filed. Notice of this filing will be sent to Todd M. Schneider, Guy B. Wallace and Joshua G. Konecky, Schneider Wallace Cottrell Konecky LLP, at tschneider@schneiderwallace.com, gwallace@schneiderwallace.com and to jkonecky@schneiderwallace.com, along with Linh Hua, Spiro Moore LLP, at linh@spiromoore.com by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/S/Andrew J Butcher*
Andrew J. Butcher

4811-1889-4357, v. 2