Christopher C. McNatt, Jr.
Cal. Bar No. 174559
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 460
Pasadena, CA 91101
Tel.: (626) 795-4700
Fax: (626) 795-4790
cmcnatt@scopelitis.com

James H. Hanson (*pro hac vice* Case No. 12-cv-04137-JCS)
Angela S. Cash (*pro hac vice* Case No. 12-cv-04137-JCS)
Ryan W. Wright (*pro hac vice* Case No. 12-cv-04137-JCS)
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
10 West Market Street, Suite 1500
Indianapolis, IN 46204
Tel.: (317) 637-1777
Fax: (317) 687-2414
jhanson@scopelitis.com
acash@scopelitis.com
rwright@scopelitis.com

Andrew J. Butcher (*pro hac vice* Case No. 12-cv-04137-JCS)
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
1850 M Street N.W., Suite 280
Washington, DC 20036-5804
Tel.: (202) 551-9018
Fax: (202) 783-9230
abutcher@scopelitis.com

Adam C. Smedstad
Cal. Bar No. 303591
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
30 West Monroe Street, Suite 600
Chicago, IL 60603
Tel: (312) 255-7200
Fax: (312) 422-1224
asmedstad@scopelitis.com

Attorneys for Defendants, Exel Direct Inc., DPWN Holdings (USA), Inc., and Deutsche Post Beteiligungen Holding GmbH

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL VILLALPANDO, individually and on behalf of all others similarly situated, | Consolidated Cases:<br>Case No. 3:12-cv-04137-JCS<br>Case No. 4:13-cv-03091-JCS |
| Plaintiffs, | |
| v. | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| EXEL DIRECT INC., et al. | Judge: The Honorable Joseph C. Spero |
| Defendants. | |

| | |
|---|---|
| TAFITI SHEKUR, individually, and on behalf of all others similarly situated, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| EXEL DIRECT INC., et al. | ) ) |
| Defendants. | ) ) ) |

Defendants, Exel Direct Inc., DPWN Holdings (USA), Inc. and Deutsche Post Beteiligungen Holdings GmbH (collectively "Defendants"), hereby move the Court to allow the withdrawal of counsel, Christopher C. McNatt, Jr., James H. Hanson, Angela S. Cash, Andrew J. Butcher, Adam C. Smedstad, and Ryan W. Wright, as attorneys of record pursuant to Local Rule 11-5(a). Defendants will be represented by Richard B. Lapp, David D. Kadue, Christopher Crosman, Camille A. Olson and Robin E. Devaux of Seyfarth Shaw LLP, who were associated as counsel for Defendants on January 15, 2016 (ECF No. 222) and have entered appearances in this matter.

Notice of the withdrawal of counsel has been given to Defendants.

WHEREFORE, Defendants respectfully request this Court approve the withdrawal of counsel Christopher C. McNatt, Jr., James H. Hanson, Angela S. Cash, Andrew J. Butcher, Adam C. Smedstad, and Ryan W. Wright in this matter.

Dated: February 25, 2016                Respectfully submitted,


                                        /s/ Christopher C. McNatt, Jr.
                                        Christopher C. McNatt, Jr.

                                        Attorney for Defendants,
                                        Exel Direct Inc., DPWN Holdings (USA), Inc., and
                                        Deutsche Post Beteiligungen Holdings GmbH

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2016 a copy of the foregoing was filed electronically. Parties may access this filing through the Court's system.

/s/ Christopher C. McNatt, Jr.
Christopher C. McNatt, Jr.

4815-7101-8030, v. 1

Dated: 2/26/16

