UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VILLALPANDO, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>EXEL DIRECT INC., et al.,<br><br>          Defendants. | Case No.  12-cv-04137-JCS<br><br>**ORDER TO SHOW CAUSE WHY ADMINISTRATIVE MOTION TO FILE UNDER SEAL SHOULD NOT BE DENIED**<br><br>Re: Dkt. No. 247 |

Plaintiff has filed an Administrative Motion to File under Seal Exhibit 52 to the Declaration of Nathan Piller in Opposition to Defendants' Combined *Daubert* Motion and Motion for Decertification ("Motion").  The Motion is based on the assertion that the document at issue has been designated confidential by Defendants pursuant to the protective order in this action. Civil Local Rule 79-5(e)(1) provides that if a party moves to file under seal documents that another party has designated confidential, "[w]ithin 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable."  Defendants have not filed such a declaration.  Accordingly, Defendants are ORDERED TO SHOW CAUSE why the Plaintiffs' Motion to file under seal should not be denied, by filing a responsive declaration **no later than April 6, 2015** addressing why Exhibit 52 to the Piller Declaration cannot be filed in the public record.  Alternatively, if Defendants do not oppose filing the exhibit in the public record, they are ORDERED to file a statement of non-opposition to public filing by the same date.

**IT IS SO ORDERED.**

Dated: April 4, 2016

_____
JOSEPH C. SPERO
Chief Magistrate Judge