UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CIVIL MINUTE ORDER

| Case No.: 12-cv-04137-JCS | Case Name: Villalpando v. Exel Direct Inc. | |
|---|---|---|
| Chief Magistrate Judge: JOSEPH C. SPERO | Date: April 20, 2016 | Time: 1 H 30 M |

**Attorney for Plaintiff:** Joshua Geoffrey Konecky, Nathan Piller
**Attorney for Defendant:** David Kadue, Christopher Crosman, Richard Lapp

**Deputy Clerk:** Karen Hom                **Court Reporter:** Joann Bryce

### PROCEEDINGS

1. Plaintiffs' Motion to Exclude Speculative, Unsubstantiated & Legal Opinion Testimony of Jonathan Walker. Dkt 237 - Submitted

2. Defendants' Motion to Strike Expert Witnesses.  Dkt 238 - Submitted

3. Further Case Management Conference - Held

### ORDERED AFTER HEARING

Each side may have eight (8) motions in limine.  If the parties require additional motions in limine, they shall file a joint letter to the Court.

**NOTES:**  The parties shall contact Judge Infante again.

**CASE CONTINUED TO:**   05/20/16 at 2:00 PM for a final pretrial conference.

**REFERRALS:**

[ ] Case referred to ADR for   to occur within  .
[ ] Case referred to (random) Magistrate Judge for a SETTLEMENT CONFERENCE to occur within, or as is convenient to the judge's calendar.
[ ] Case referred to Magistrate Judge   for  a SETTLEMENT CONFERENCE to occur within  or as is convenient to the judge's calendar.

**PRETRIAL SCHEDULE:**
**Initial Disclosures:**
**Number of Depos:**
**Discovery Cutoff:**
**Expert Disclosure:**
**Expert Rebuttal:**
**Expert Discovery Cutoff:**

**Motions (Daubert) Hearing:**     at **9:30 AM**
**Pretrial Conference:**     at **2:00 PM**
**Trial:**     at **8:30 AM for  days** [ ]  **Jury**  [ ]  **Court**

**Order to be prepared by:**
[ ]  Plaintiff     [ ]  Defendant     [X]  Court
**cc:**