# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VILLALPANDO, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>EXEL DIRECT INC., et al.,<br><br>    Defendants. | Case No.  12-cv-04137-JCS<br><br>**ORDER FOR JURY REFRESHMENTS** |

IT IS HEREBY ORDERED that the United States District Court shall furnish daily morning refreshments and pastries for the  nine (9) members of the jury in the above-entitled matter beginning  **June 1, 2016  at 7:30 AM**,  for the duration of the trial, and lunch during jury deliberations, at the expense of the United States.  The trial will be held in Courtroom D, 15th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue. San Francisco, CA 94102.

IT IS SO ORDERED.

Dated: May 20, 2016

_____
JOSEPH C. SPERO
Chief Magistrate Judge