UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VILLALPANDO, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>EXEL DIRECT, INC., et. al.,<br><br>            Defendants. | Case No.    3:12-cv-04137-JCS<br>             4:13-cv-03091-JCS<br><br>Hon. Joseph C. Spero<br>Courtroom G<br><br>**REVISED [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SECURITY CLEARANCE FOR SELECT ITEMS** |
| TAFITI SHEKUR, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>EXEL DIRECT INC., et. al.,<br><br>            Defendants. | |

1  IT IS HEREBY ORDERED that Defendants shall be granted security clearance and authorization to bring the following items into Courtroom D, 15th Floor of the Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102 beginning on May ~~31,~~ 27, 2016 until the conclusion of the trial: portable printer, portable photocopier, carts, and a card table.

IT IS SO ORDERED AS MODIFIED.

Dated: May 26, 2016

By: /s/ Joseph C. Spero
JOSEPH C. SPERO
Chief Magistrate Judge